**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INFORMATION |
| YENKIN MAJESTIC PAINT CORPORATION, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(42 U.S.C. § 7413(c)(4))**

On or about April 8, 2021, in the Southern District of Ohio, the defendant, **YENKIN MAJESTIC PAINT CORPORATION**, negligently released into the ambient air a hazardous air pollutant—specifically, xylene—that is listed pursuant to 42 U.S.C. § 7412, and thereby negligently placed another person in imminent danger of death and serious bodily injury.

**In violation of 42 U.S.C. § 7413(c)(4).**

**DOMINIC S. GERACE II**
**United States Attorney**

_____
**ADAM C. CULLMAN (KY #93912)**
Special Assistant U.S. Attorney and Senior Trial
    Attorney, Environmental Crimes Section
Environmental and Natural Resources Division
221 East 4th Street, Suite 400
Cincinnati, Ohio 45244

*David J. Twombly*

**DAVID J. TWOMBLY (OH #92558)**
Assistant U.S. Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

2